UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

KEITH I. HURST,

                             Plaintiff,

   -v-                                        9:16-CV-1062
                                              (DNH/TWD)

A. MOLLNOW, Correctional Officer,
Washington Correctional Facility; and
EISENSCHMIDT, Sergeant, Washington
Correctional Facility,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:                                    OF COUNSEL:

KEITH I. HURST
Plaintiff, pro se
105 Hunter Avenue, #2
Albany, NY 12206

BARBARA D. UNDERWOOD                  MARK G. MITCHELL, ESQ.
Attorney General for the State of New York     Ass't Attorney General
Attorney for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Keith I. Hurst brought this civil rights action pursuant to 42 U.S.C. § 1983. On July 20, 2018, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that defendants' motion for summary judgment

be granted in part and denied in part. No objections to the Report-Recommendation were filed.

Based upon a careful review of the Report-Recommendation, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED in part and DENIED in part;

2. Defendants' motion for summary judgment dismissing plaintiff's Eighth Amendment excessive force claim against defendants in their official capacities is GRANTED and those claims are DISMISSED;

3. Defendants' motion for summary judgment dismissing plaintiff's Eighth Amendment excessive force claim based on non-exhaustion is DENIED without prejudice to defendants renewing this argument and requesting an exhaustion hearing; and

4. Trial is scheduled for February 5, 2019 in Utica, New York.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 29, 2018
       Utica, New York.